# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS**, | ) | |
|     Petitioner, | ) | |
| | ) | |
| **v.** | ) | Misc. No. 16-61 |
| | ) | |
| **MERIT SYS. PROT. BD. U.S. DEP'T OF JUSTICE**, *et al.*, | ) ) | |
|     Respondents. | ) | |

| | | |
|---|---|---|
| **FREDERICK BANKS**, | ) | |
|     Petitioner, | ) | |
| | ) | |
| **v.** | ) | Misc. No. 16-79 |
| | ) | |
| **JUDGE MARK HORNAK,** *et al.*, | ) | |
|     Respondents. | ) | |

## **MEMORANDUM OPINION**

CONTI, Chief District Judge

Presently pending in the above captioned actions are the petitioner's "Motion to Vacate Judgment and Order of Dismissal; and to Vacate Vex[atious] Litigan[t] Order; Fed. R. Civ. Proc. 60(b)(4) Void Judgment." (Misc. No. 16-61, ECF No. 11: Misc. No. 16-79, ECF No. 11).

By order dated December 8, 2015 entered in <u>Banks v. Pope Francis, et. al.</u>, Civ. No. 15-1400 (W.D. Pa.) (ECF No. 7), petitioner Frederick Banks ("Banks") was designated by another district judge of this court a vexatious litigant and was "enjoined from filing, without prior authorization of the Court, any complaint, lawsuit or petition for writ of mandamus." <u>Id.</u> at 7.

Banks filed the above captioned matters without seeking the required leave, and therefore, the court dismissed them without prejudice. (Misc. No. 16-61, ECF No. 2: Misc. No. 16-79, ECF No. 2). Banks then filed motions for reconsideration, (Misc. No. 16-61, ECF No. 3; Misc. No. 16-79, ECF No. 3), which the court likewise denied. (Misc. No. 16-61, ECF Nos. 4, 5; Misc. No. 16-79, ECF Nos. 4, 5). Undeterred, Banks then filed motions to vacate pursuant to Federal Rules of Civil Procedure 59(e) and 60(b), (Misc. No. 16-61, ECF No. 6; Misc. No. 16-79, ECF No. 6) which this court also denied by opinion and order dated March 28, 2016. (Misc. No. 16-61, ECF Nos. 9, 10; Misc. No. 16-79, ECF Nos. 9, 10). In the court's opinion denying the motions to vacate, it indicated that "[f]uture filings in these cases attempting to relitigate these matters will be summarily denied." (Misc. No. 16-61, ECF No. 9 at 5; Misc. No. 16-79, ECF No. 9 at 5). Banks' pending motions are such filings and will be denied in accordance with the court's prior opinion.

An appropriate order follows.

August 22, 2018

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

**cc:**
Frederick Banks (Inmate #120759)
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Frederick Banks #05711-068
Federal Medical Center
P.O. Box 1600
Burner, NC 27509