## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS**, | ) | |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | Misc. No. 16-61 |
| | ) | |
| **MERIT SYS. PROT. BD. U.S. DEP'T OF JUSTICE**, *et al.*, | ) ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| **FREDERICK BANKS**, | ) | |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | Misc. No. 16-79 |
| | ) | |
| **JUDGE MARK HORNAK**, *et al.*, | ) | |
| Respondents. | ) | |

## ORDER

And now this 22nd day of August, 2018, for the reasons set forth in the accompanying memorandum opinion, the motions of Frederick Banks "to Vacate Judgment and Order of Dismissal; and to Vacate Vex[atious] Litigan[t] Order; Fed. R. Civ. Proc. 60(b)(4) Void Judgment," (Misc. No. 16-61, ECF No. 11: Misc. No. 16-79, ECF No. 11), are hereby DENIED.

The clerk is directed to mark this case closed.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

1

**cc:**
Frederick Banks (Inmate #120759)
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Frederick Banks #05711-068
Federal Medical Center
P.O. Box 1600
Burner, NC 27509